PEOPLE *v.* OWENS

Rape—Attempted Rape—Sentence—Statutory Limits—Appeal
and Error.

>  Sentence of four to five years for attempted rape is within the
>  statutory limits and will not be disturbed on appeal (MCLA
>  § 750.92).

Appeal from Recorder's Court of Detroit, Donald
S. Leonard, J. Submitted Division 1 February 16,
1971, at Detroit. (Docket No. 10564.) Decided
March 29, 1971.

Frederick Owens was convicted, on his plea of
guilty, of attempted rape. Defendant appeals. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A.
Derengoski,* Solicitor General, *William L. Cahalan,*
Prosecuting Attorney, *Dominick R. Carnovale,*
Chief, Appellate Department, and *Leonard Myers,*
Assistant Prosecuting Attorney, for the people.

*William R. Stackpoole,* for defendant.

Before: Lesinski, C. J., and Levin and V. J.
Brennan, JJ.

Lesinski, C. J. Defendant was originally charged
with assault with intent to commit rape. MCLA

Reference for Points in Headnote
44 Am Jur, Rape §§ 129, 132.

§ 750.85 (Stat Ann 1962 Rev § 28.280). He later pled guilty to the crime of attempted rape and was subsequently sentenced to a term of four to five years. MCLA § 750.92 (Stat Ann 1962 Rev § 28-.287).

In his brief on appeal, defendant admits that his plea was truthful, that it was freely and voluntarily made, and that the trial judge properly accepted such plea. His sole claim of error is that the sentence imposed by the trial court was too harsh.

The sentence imposed by the trial court was within the statutory limits and will not be disturbed by this Court on appeal. *People* v. *Bryant* (1970), 23 Mich App 627; *People* v. *Rawlins* (1969), 19 Mich App 514; and *People* v. *Hunt* (1969), 16 Mich App 664.

Affirmed.

All concurred.